

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| AMO ENTERPRISES, INC. d/b/a CENTRAL VISTA MARKET, | § | No. 08-12-00240-CV |
| Appellant, | § | Appeal from the |
| | § | |
| v. | § | 171st District Court |
| ESTELA HERNANDEZ, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2012-DCV-01557) |
| | § | |

**MEMORANDUM OPINION**

Pending before the Court is Appellant's unopposed motion to dismiss Appellant's appeal. TEX. R. APP. P. 42.1(a). Appellant represents to the Court that it no longer desires to pursue an appeal and that all matters involved in the appeal have been fully and finally compromised and settled by and between the parties. Appellant represents that counsel for Appellee is not opposed to the filing or the granting of the motion.

We have considered the motion and conclude that the motion should be granted. We therefore reinstate the appeal and dismiss the appeal without prejudice. In the absence of an agreement between the parties, costs are taxed against Appellant. *See* TEX. R. APP. P. 42.1(d).


GUADALUPE RIVERA, Justice

January 22, 2014

Before McClure, C.J., Rivera, and Rodriguez, JJ.